IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 13-CR-00102-DW-01 |
| ONEIL ROBERT CLARKE, | ) |
| Defendant. | ) |

# ORDER

Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation to deny Defendant Oneil Robert Clarke's (the "Defendant") Motion to Dismiss Indictment. See Docs. 18, 33. No objections were filed to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 33). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Dismiss Indictment (Doc. 18).

IT IS SO ORDERED.

Date:   September 23, 2013                                /s/ Dean Whipple
                                                          Dean Whipple
                                                          United States District Judge